**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darryle EVANS, a.k.a. Quick,**
**Defendant–Appellant.**

**No. 10–13707**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 7, 2011.

Patricia D. Barksdale, Andrew Tysen Duva, U.S. Attorney's Office, Jacksonville, FL, A. Brian Albritton, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Susan Good Yazgi, Assistant Federal Public Defender, Donna Lee Elm, Federal Public Defender's Office, Jacksonville, FL, for Defendant–Appellant.

Before HULL, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Susan G. Yazgi, appointed counsel for Darryle Evans, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Evans's conviction and sentence are **AFFIRMED.**